# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3197

_____

Paul Stefanyshyn,

        Appellant,

v.

Shafer Contracting Co., Inc.,

        Appellee.

      \*
      \*
      \*
      \*  Appeal from the United States
      \*  District Court for the
      \*  District of Minnesota.
      \*
      \*   [UNPUBLISHED]
      \*

_____

Submitted: August 3, 2006
Filed: August 9, 2006

_____

Before MURPHY, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Paul Stefanyshyn appeals the district court's[1] dismissal of his complaint under the Age Discrimination in Employment Act and the Missouri Human Rights Act. Following de novo review, see Meyer v. City of Joplin, 281 F.3d 759, 760 (8th Cir. 2002) (per curiam) (standard of review), we agree with the district court that Stefanyshyn failed to state a claim under either statute, see 29 U.S.C. § 623(a)-(c)

___

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jonathan G. Lebedoff, United States Magistrate Judge for the District of Minnesota, now retired.

(defining types of prohibited age discrimination); Minn. Stat. § 363A.08(2) (2004) (defining types of prohibited discrimination).

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____